IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 07-cr-00491-JF
:
ALEXIS AYALA-MENDEZ :

ORDER

AND NOW, this 8th day of March 2010, IT IS ORDERED that:

1. Defendant's "Motion for Re-sentencing, Under Extraordinary Circumstances, to File a Notice of Appeal" (Dkt. No. 59) is DENIED.

2. Defendant's "Motion for Re-sentence to Award Jail Time Credit Under 18 U.S.C. § 3585(b)" is DISMISSED, without prejudice to later proceedings, if necessary.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.